No. 01–1229. PIERCE COUNTY, WASHINGTON *v.* GUILLEN, LEGAL GUARDIAN OF GUILLEN ET AL., MINORS, ET AL. Sup. Ct.

Wash. [Certiorari granted, *ante*, p. 1033.] Motion of the United States to intervene granted. Motion of respondents Whitmer to determine party status granted, and it is determined that the Whitmers are not parties under this Court's Rule 12.6, but they may file a brief as *amici curiae*.